**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**BENCY McCLAIN**

**Plaintiff,** **26 CV 4754 (JAM)**

**v.**

**EQUIFAX INFORMATION SERVICES LLC**

**Defendants.**

**NOTICE OF VOLUNTARY DISMISSAL FOR EXETER FINANCE LLC**

Plaintiff hereby agrees to dismiss Exeter Finance LLC from the within action with prejudice and without costs.

Dated: September 22, 2026

______________________________

Adam J. Fishbein
Attorney At Law
735 Central Avenue
Woodmere, NY 11598
Telephone: 516-668-6945
Email: fishbeinadamj@gmail.com
*Counsel for Plaintiff*

SO ORDERED:

____________________
USDJ